AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Benitez-Valencia | ) | Case No. 8:19MJ1296 TGW |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of January 18, 2019 in the county of Polk in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Alien found in the United States without permission after removal. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Angel Gonzalez, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 20, 2019

_____
Judge's signature

City and state: Tampa, Florida

Thomas Wilson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angel Gonzalez, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to Tampa, Florida. I have been employed as a federal law enforcement officer since March 2006.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of removable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. I submit this Affidavit in support of a criminal complaint charging Jose **BENITEZ-VALENCIA**, a native and citizen of Mexico, with being an alien found in the United States without permission after removal, in violation of 8 U.S.C. § 1326(a). The statements contained in this Affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases. Because of the limited purpose of this Affidavit, I have not included each and every fact known to me. I have included only those facts that I believe are necessary to establish probable cause supporting the requested complaint.

## PROBABLE CAUSE

4.      On or about January 17, 2019, the Polk County Sheriff's Office arrested **BENITEZ-VALENCIA** for tampering or fabricating physical evidence, false information to law enforcement during investigation, and improper exhibition of dangerous weapons or firearms, and booked him into the Polk County Jail.

5.      On or about January 18, 2019, ICE-ERO officers found **BENITEZ-VALENCIA** in the Polk County Jail, which is within the Middle District of Florida.

6.      Post-*Miranda*, **BENITEZ-VALENCIA** stated that he is a Mexican citizen who had voluntarily reentered the United States without permission after removal.

7.      I performed an immigration records check using the Central Index System ("CIS"), and I reviewed the documents contained within **BENITEZ-VALENCIA's** Alien File ("A-File"). Upon reviewing these sources, I confirmed that **BENITEZ-VALENCIA** is a native and citizen of Mexico. I also determined that he was removed from the United States to Mexico on or about April 12, 2001.

8.      Fingerprints taken of **BENITEZ-VALENCIA** were submitted through Department of Homeland Security and Federal Bureau of Investigation biometric identification databases and compared with those taken prior to his removal from the United States. These databases indicate that the fingerprints are from the same person.

9.      Computer record checks also indicate that **BENITEZ-VALENCIA's** criminal record contains the following prior convictions:

2

    a. Possession of Methamphetamine, a felony, in violation of Fla. Stat. § 893.13, on or about August 11, 2017, in Polk County, Florida;

    b. Attempted Burglary of a Dwelling, a felony, in violation of Fla. Stat. § 810.02, and Grand Theft over $300 less than $5,000, a felony, in violation of Fla. Stat. § 810.02, on or about February 12, 2013, in Polk County, Florida; and

    c. Possession of Methamphetamine, a felony, in violation of Fla. Stat. § 893.13, on or about October 19, 2007, in Polk County, Florida.

10. No information exists, either in the A-File or the computer databases, showing that **BENITEZ-VALENCIA** has received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to either reenter the United States after having been previously removed or to reapply for admission to the United States after having been previously removed.

## CONCLUSION

11. Based on the foregoing information, I respectfully submit that probable cause exists to believe that **BENITEZ-VALENCIA** is a citizen and national of Mexico and is an alien found in the United States without permission after removal, in violation of 8 U.S.C. § 1326(a) and (b)(1).

Angel Gonzalez
Deportation Officer, ICE-ERO

Sworn to and subscribed before me this 20th day of March, 2019, in Tampa, Florida.

Thomas G. Wilson
United States Magistrate Judge

4